# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00228-CV

**Pecan Square Condominiums Homeowners Association, Inc., Appellant**

**v.**

**Randall K. Frizzell and Brenda T. Frizzell, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. GN400145, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pecan Square Condominiums Homeowners Association, Inc. appeals from a default judgment rendered against them in this cause. Because the district court granted appellant=s motion for new trial, this Court has no jurisdiction over this appeal. We dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 30, 2004